IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>THOMAS W. EATON, DDS,<br><br>      Defendant. | Civil No. 2:11-cv-411-JAM-JFM<br><br>**ORDER OF JUDGMENT AND PERMANENT INJUNCTION AGAINST THOMAS W. EATON** |

Before the Court is the parties' Stipulation for Judgment And For Permanent Injunction against Defendant Thomas W. Eaton. Upon consideration of the stipulation, and for good cause shown, it is hereby

ORDERED that Defendant Thomas W. Eaton, (individually and doing business under any other name or using any other entity, including his representatives, agents, servants, employees, and anyone acting in concert or participation with him) is permanently enjoined and restrained from failing to withhold and pay over to the Internal Revenue Service ("IRS") all federal payroll taxes, including federal income withholdings, FICA taxes ("employment taxes") and FUTA taxes ("unemployment taxes"), required by law. It is further

ORDERED that Defendant Thomas W. Eaton must file with the IRS Revenue Officer Leslie Fouche-Munoz (or whomever the IRS may designate in her stead) accurate and timely Employer's Annual Federal Unemployment tax returns (Form 940) and Employer's Quarterly Federal tax returns (Form 941). It is further

ORDERED that Defendant Thomas W. Eaton must make federal payroll tax deposits, including federal income, employment, and unemployment taxes required by law via the Electronic Federal Tax Payment System ("EFTPS"), on the same date that any employee is provided a paycheck. At the time of making such payment, Eaton is ordered to send by facsimile to Revenue

1   Officer Fouche-Munoz (or whomever the IRS may designate in her stead) at (916) 974-5676, a
2   receipt for each employment tax deposit and a completed worksheet showing the calculation for
3   each deposit.  It is further
4       ORDERED that Defendant Thomas W. Eaton must file complete and accurate individual
5   income tax returns (Form 1040) with the IRS as they become due, pay the tax reflected in those
6   returns, and send copies of such returns to IRS Revenue Office Leslie Fouche-Munoz (or
7   whomever the IRS may designate in her stead) at the same time that he files the originals.  It is
8   further
9       ORDERED that Defendant Thomas W. Eaton must make timely Estimated Tax Payments as
10  required by law based on Eaton's current monthly personal income, and send copies of such
11  payments to IRS Revenue Office Leslie Fouche-Munoz (or whomever the IRS may designate in
12  her stead) at the same time he makes such payments.  It is further
13      ORDERED that Defendant Thomas W. Eaton (individually and doing business under any
14  other name or using any other entity, including his representatives, agents, servants, employees,
15  and anyone acting in concert or participation with him) is permanently enjoined from assigning or
16  transferring any property or property rights or making disbursements for any purpose, other than to
17  pay for necessary personal living expenses as determined by IRS standards, from the date the
18  permanent injunction is issued until the employment tax liabilities after the injunction date are paid
19  to the IRS.  It is further
20      ORDERED that judgment is entered against Defendant Thomas W. Eaton and in favor of the
21  United States in the amount of $717,704.76 as of February 14, 2011, including statutory penalties
22  and interest and less any credit for payments made plus any additional interest that continues to
23  accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621, accruing from February 14,
24  2011, until paid in full, for unpaid federal employment taxes assessed against him for the periods
25  ending September 30, 2006, December 31, 2006, September 30, 2007, December 31, 2007, and
26  March 31, 2008, through December 31, 2009, as well as federal income taxes for the periods
27  ending December 31, 2002, through December 31, 2008.  It is further
28

ORDERED that, until the earlier of 17 years after the entry of judgment in this matter or until the judgment is satisfied, Thomas W. Eaton will assign and pay to the IRS his interest in payments from Delta Dental, Inc., in the amount of $5,000.00 per month to be applied toward the judgment entered for accrued personal and payroll taxes and accrued interest set forth above.  If any monthly payments from Delta Dental, Inc. do not exceed $5,000.00, Thomas W. Eaton will remit to IRS Revenue Office Leslie Fouche-Munoz (or whomever the IRS may designate in her stead), payment of the difference between the assigned Delta Dental payment and $5,000.00 within 30 days of the deficient assigned payment.  It is further

ORDERED that Defendant Thomas W. Eaton, and every other person authorized to sign checks or otherwise make disbursements on his behalf and on behalf of his business, must submit to IRS Revenue Officer Leslie Fouche-Munoz (or whomever the IRS may designate in her stead) within fourteen (14) days of the entry of permanent injunction, a statement that (1) they have read the permanent injunction issued by the Court and that (2) that they will personally determine each pay period that all federal payroll taxes, including federal income withholdings, FICA taxes and FUTA taxes for each pay period after the date of this permanent injunction is issued have been fully paid to the IRS via the EFTPS system.  It is further

ORDERED that Each party shall bear its own costs.


IT IS SO ORDERED


DATED:   September 1, 2011


/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge