KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON (SBN # 249784)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 514-6062
Fax:                  (202) 307-0054
E-mail:         Colin.C.Sampson@usdoj.gov
                    Western.TaxCivil@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>THOMAS W. EATON, DDS,<br><br>             Defendant. | Civil No.  2:11-cv-411-JAM-JFM<br><br>**ORDER SHORTENING TIME** |

The Court having read and considered the United States' Application for Order Shortening Time for Hearing on the United States' Ex Parte Motion for Order to Show Cause (Docket No. 20), and for good cause shown, the Application is hereby GRANTED.

IT IS HEREBY ORDERED THAT the hearing on the United States' Motion for Order to Show Cause is advanced to Wednesday, June 4, 2014 at 9:30 a.m. before Hon. John A. Mendez. It is further

ORDERED THAT Defendant shall file a response in opposition no later than May 28, 2014.  **NO REPLY BRIEF SHALL BE PERMITTED TO BE FILED.**

DATED this 15TH day of May, 2014.

/s/ JOHN A. MENDEZ_____
UNITED STATES DISTRICT JUDGE