

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:11-cv-411-JAM-JFM |
| Plaintiff, | |
| v. | **ORDER FINDING CONTEMPT** |
| THOMAS W. EATON, DDS, | |
| Defendant. | |

Before the Court is the United States' Motion for Order to Show Cause why Defendant, Dr. Thomas W. Eaton, DDS, should not be found in contempt of this Court's Order of Judgment and Permanent Injunction ("Injunction Order"), entered September 2, 2011 (Doc. No. 16). In the United States' Motion, supported by the Declaration of attorney Colin C. Sampson and an Exhibit purporting to be Dr. Eaton's 2013 Form 1040, Federal Income Tax Return, the United States asserts that Dr. Eaton is in contempt of this Court's Injunction Order because, in pertinent part, he has failed to fully and timely pay his 2012 and 2013 federal income tax liabilities, failed to properly estimate his required estimated quarterly federal income tax deposits, failed to timely pay those deposits, and has failed to provide copies of returns and proof of payments to the assigned Internal Revenue Service Revenue Officer.

In response, Dr. Eaton provides his Declaration, the Declaration of his attorney, Steven Packey, and the declaration of Dr. Eaton's accountant, Jack L. Cornelius, and two Exhibits. The first exhibit consists of a copy of a certified check for $10,000.00, representing Dr. Eaton's estimated tax deposit for federal income taxes for the first quarter of 2014, written out to the United States Treasury from Dr. Eaton and dated May 12, 2014. The second exhibit purports to be Dr. Eaton's profit and loss statement, from which he asserts he estimated his federal income tax liability for the first quarter of 2014 to be $16,310.00. Dr. Eaton admitted some "deviations"

1  in compliance with the stipulated Order of Permanent Injunction, which required him to, among
2  other things, make accurate estimates of his monthly income for purposes of estimated quarterly
3  income tax payments, timely file income tax returns and pay the taxes due, and to provide proof
4  of payments and copies of returns to a designated employee of the Internal Revenue Service.
5      Immediately prior to the hearing on June 4, 2014, Dr. Eaton provided a cashier's check to
6  IRS for $11,791.71, the balance of his 2012 federal income tax liability, including accrued
7  interest. Dr. Eaton's attorney also stated that Dr. Eaton had sent the balance of his estimated first
8  quarter income tax deposit, $6,310.00, to IRS prior to the hearing.
9      The Court finds that Dr. Eaton has responded to each of the United States' assertions
10 regarding contempt of the September 2, 2011, Order of Judgment and Permanent Injunction.
11 The Court agrees with the United States that Defendant is in Contempt of the clear and
12 unambiguous orders of the Court. Dr. Eaton has not fully paid the balance of his 2012 and 2013
13 federal income tax liabilities with his returns, as required by the Internal Revenue Code and the
14 Injunction Order. Further, he failed to timely make an estimated federal income tax payment for
15 the first quarter of 2014, as required by the Internal Revenue Code and the Injunction Order, and
16 had only recently fully paid his own estimate of tax owed for the quarter as of the June 4, 2014
17 hearing. Finally, Dr. Eaton has failed to provide the IRS employee, currently Revenue Officer
18 Roxane Willett, with copies of the returns he has filed and copies of proof of his payment of
19 taxes, as required by the Injunction Order. As a result of the Court's finding of contempt, the
20 Court hereby ORDERS THE FOLLOWING:
21     1. Defendant is in contempt of the Court's September 2, 2011 Order of Judgment
22        and Permanent Injunction. *See* Order, Doc. No. 16. It is further ORDERED
23        THAT
24     2. Defendant's civil contempt sanction is incarceration. Defendant shall be
25        remanded to the custody of the United States Marshals. However, it is further
26        ORDERED THAT
27     3. Defendant's incarceration is hereby stayed pending further hearings and orders of
28

the Court. It is further ORDERED THAT

4. A further hearing on Defendant's compliance with the Court's Order is continued to Wednesday, September 17, 2014, at 9:30 a.m. in Courtroom 6, 14th Floor of the United States Courthouse, 501 I Street, Sacramento. It is further ORDERED THAT

5. Counsel for the United States shall file a Status Report regarding whether Defendant is in full compliance with the Court's September 2, 2011 Order of Judgment and Permanent Injunction no later than Monday, September 8, 2014. Thomas Eaton shall file a response, if any, no later than Friday, September 12, 2014. It is further ORDERED THAT

6. The costs requested in the United States' Motion for Order to Show Cause, $1,517.60 representing eight hours of work performed by government counsel, is necessary and reasonable and are hereby GRANTED.

IT IS SO ORDERED

DATED: June 12, 2014.

JOHN A. MENDEZ
United States District Judge

Submitted by:

TAMARA W. ASHFORD
Acting Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-6062
E-mail:   Colin.C.Sampson@usdoj.gov
          Western.TaxCivil@usdoj.gov
*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney
*Attorneys for the United States of America*

...


1
2  Approved as to form by:

3  STEVEN J. PACKEY
   Packey Law Corporation
4  1321 Howe Ave., Suite 111
   Sacramento, California 95825
5  Telephone:   (916) 564-1600
   Fax:         (916) 654-1661
6  E-mail:      *SPackey@taxattorneyllm.com*

   *Attorney for Thomas W. Eaton*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28