IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS W. EATON, DDS,<br><br>    Defendant. | Civil No. 2:11-cv-411-JAM-JFM<br><br>[PROPOSED] ORDER RE:<br>CONTEMPT PROCEEDINGS |

The Court has, on June 13, 2014, found Defendant, Dr. Thomas W. Eaton, DDS, in contempt of this Court's Order of Judgment and Permanent Injunction ("Injunction Order"), entered September 2, 2011 (Doc. No. 16). The Court suspended any incarceration, however, until a further hearing scheduled for September 17, 2014, to determine whether Dr. Eaton was in full compliance with the Court's Order. By status report dated September 12, 2014, Dr. Eaton submitted a signed affidavit asserting that he had fully paid his 2013 federal income tax liability and would fully pay his third 2014 quarterly estimated income tax payment. Although the United States has not yet received all of the payments indicated by Dr. Eaton, it has observed that, given Dr. Eaton's declaration that he has made such payments under penalty of perjury, further contempt proceedings at this time are not necessary.

The Court finds that Dr. Eaton, by his declaration, appears to have remained current on his tax obligations by fully paying his 2013 liability and by agreeing that his third quarterly payment for 2014 would be timely and accurately made. As a result, the Court finds that its June 13, 2014 Order of Contempt should be released at this time. Therefore, the Court hereby ORDERS THE FOLLOWING:

    1.    The Court's Order Finding Contempt (Doc. No. 28), is LIFTED. The Court finds that Defendant has purged his contempt and that incarceration is no longer necessary. It is further ORDERED THAT

2. Given the foregoing, the hearing, scheduled for September 17, 2014, is taken off calendar. It is further ORDERED THAT

3. The costs requested in the United States' Motion for Order to Show Cause, $1,517.60 representing eight hours of work performed by government counsel, shall be paid by Defendant to the United States within thirty days of this Order, by sending a certified check with Dr. Eaton's name and the case number on it by United States Mail to Tax FLU, Office of Review, Attn: William E. Thompson, P.O. Box 310, Ben Franklin Station, Washington DC  20044-0310.

IT IS SO ORDERED

DATED: September 16, 2014.

JOHN A. MENDEZ
United States District Judge

Submitted by:

TAMARA W. ASHFORD
Acting Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-6062
E-mail:      Colin.C.Sampson@usdoj.gov
             Western.TaxCivil@usdoj.gov
*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney
*Attorneys for the United States of America*

Approved as to form by:

STEVEN J. PACKEY
Packey Law Corporation
1321 Howe Ave., Suite 111
Sacramento, California 95825
Telephone:   (916) 564-1600
Fax:         (916) 654-1661
E-mail:      SPackey@taxattorneyllm.com

*Attorney for Thomas W. Eaton*